UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WENDELYN D. GOODRICH,

          Plaintiff,

-vs-                                      Case No. 6:10-cv-1818-Orl-19GJK

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Complaint to obtain judicial review of a final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") benefits (Doc. No. 1). The United States Magistrate Judge has submitted a report recommending that the decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and consideration of the Commissioner's Objections to the Report and Recommendation (Doc. 23), and Plaintiff's Response thereto (Doc. 24), the Objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 7, 2012 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and **REMANDED** for calculation of benefits to Plaintiff as of her initial diagnosis and cardiac treatment in the positive POTS test on April 29, 2003.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___8th___ day of March, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record