# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WENDELYN D. GOODRICH,**

        **Plaintiff,**

**-vs-**                                    **Case No. 6:10-cv-1818-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to EAJA (Doc. No. 30) filed April 27, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 30, 2012 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to EAJA (Doc. No. 30) is **GRANTED**.

3. Plaintiff is awarded $5,352.99 in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA").

4.      The Clerk of the Court is directed to enter judgment in the amount of $5,352.99 in favor of Plaintiff and against Defendant.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24th__ day of May, 2012.

Copies furnished to:

United States Magistrate Judge

Counsel of Record

JOHN ANTOON II
United States District Judge